# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT -8 AM 8:39
CLERK _____
SO. DIST. OF GA.

United States of America
v.
Rhett Matthew Sikes

)
)
) Case No: 6:09CR00048-8
)
) USM No: 14240-021
)
) Susan Salter Shook
) _Defendant's Attorney_

Date of Original Judgment: September 16, 2010
Date of Previous Amended Judgment: January 24, 2011
_(Use Date of Last Amended Judgment if Any)k_

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment _(as reflected in the last judgment issued)_ of _____ months **is reduced to** _____ .

_(Complete Parts I and II of Page 2 when motion is granted)_

Except as otherwise provided, all provisions of the judgment dated   January 24, 2011   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/8/15

_Judge's signature_

Effective Date: November 1, 2015
_(if different from order date)_

Dudley H. Bowen, Jr.
United States District Judge
_Printed name and title_